IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JASON ALEXANDER                                                                          PLAINTIFF

NO.  19-3007

ABSOLUTE RESOLUTIONS CORPORATION, et al                      DEFENDANTS

### CLERK'S ORDER OF DISMISSAL

On this  20th day of June, 2019, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

BY:  S. Cummings
       Deputy Clerk